UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flmb.uscourts.gov

In re:                                                             Chapter 7

COPLEY E. SZOSTAK                                      Case No. 22-19693-EPK

                Debtor.

_____/

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICE**

Pursuant to Rules 2002(g) and 9010(b) of the Federal Rules of Bankruptcy Procedure, and 11 U.S.C. § 1109(b), the undersigned counsel enters her appearance for MicroBilt Corporation and Princeton Alternative Funding, LLC ("Interested Parties") in the above-captioned bankruptcy case. The undersigned counsel requests that copies of all pleadings, motions, notices and other papers, filed or served, in this case or any proceeding therein, be served upon the following address or facsimile number:

Alexis A. Leventhal
Reed Smith LLP
225 Fifth Avenue
Pittsburgh, Pennsylvania 15222
Telephone: (412) 288-3131
Facsimile: (412) 288-3063
Email: aleventhal@reedsmith.com

PLEASE TAKE FURTHER NOTICE that the foregoing request includes, without limitation, all orders, notices, applications, motions, petitions, pleadings, requests, complaints, demands, replies, answers, schedules of assets and liabilities, statements of financial affairs, operating reports, plans of reorganization, and disclosure statements, including all amendments to any of the foregoing, whether formal or informal, and whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, telex, facsimile, or otherwise.

PLEASE TAKE FURTHER NOTICE that neither this *Notice of Appearance and Request for Notice* nor any subsequent appearance, pleading, claim, or suit is intended or shall be deemed to waive the Interested Parties': (i) right to have final orders in non-core matters entered only after *de novo* review by a district court; (ii) right to trial by jury in any proceeding so triable in any case, controversy or adversary proceeding; (iii) right to have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs, or recoupments to which the Interested Parties are or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated:  December 22, 2022

        REED SMITH LLP

        */s/ Alexis A. Leventhal*
        Alexis A. Leventhal (Fla. Bar No. 108064)
        Reed Smith LLP
        225 Fifth Avenue, Suite 1200
        Pittsburgh, PA  15222
        Telephone: (412) 288-3131
        Facsimile: (412) 288-3063
        Email:  aleventhal@reedsmith.com

        *Counsel for MicroBilt Corporation and Princeton Alternative Funding, LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 22, 2022, a copy of the foregoing was electronically filed with the Court using the CM/ECF system, which sent notification to all parties of interest who are participating in the CM/ECF system, and by First Class U.S. mail to all parties on the attached mailing service list.

*/s/ Alexis A. Leventhal*
Alexis A. Leventhal

**First Class U.S. Mailing List:**

Copley E. Szostak
3191 S Dixie Hwy, Apt 515
West Palm Beach, FL 33405-1596

Chad S. Paiva, Trustee
6526 S. Kanner Highway, #376
Stuart, FL 34997

Office of the US Trustee
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130