United States Bankruptcy Court

Southern District of Florida

In re:

Copley E. Szostak

    Debtor

Case No. 22-19693-EPK

Chapter 7

# CERTIFICATE OF NOTICE

District/off: 113C-9                            User: admin                                  Page 1 of 2

Date Rcvd: Feb 06, 2023                      Form ID: CGFD65                              Total Noticed: 19

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 08, 2023:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db | + | Copley E. Szostak, 3191 S Dixie Highway, Apt. 515, West Palm Beach, FL 33405-1596 |
| intp | + | MicroBilt Corporation, c/o Alexis A. Leventhal, 225 Fifth Avenue, Suite 1200, Pittsburgh, PA 15222-2716 |
| intp | + | Princeton Alternative Funding, LLC, c/o Alexis A. Leventhal, 225 Fifth Avenue, Suite 1200, Pittsburgh, PA 15222-2716 |
| 96794121 | | Maiden Prospect Place Equities, 55th Ave, 15th Floor, New York, NY 10003 |
| 96794122 | | Maiden Prospect Place Holdings, LLC, 55th Ave, 15th Floor, New York, NY 10003 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- |
| smg | Email/Text: OGCBankruptcy@floridarevenue.com | Feb 06 2023 22:38:00 | Florida Department of Revenue, POB 6668, Bankruptcy Division, Ft Lauderdale, FL 32314-6668 |
| cr + | Email/PDF: gecsedi@recoverycorp.com | Feb 06 2023 22:36:55 | Synchrony Bank, PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 96794112 | Email/Text: creditcardbkcorrespondence@bofa.com | Feb 06 2023 22:38:00 | Bank of America, POB 851001, Dallas, TX 75285-1001 |
| 96794113 | Email/Text: BarclaysBankDelaware@tsico.com | Feb 06 2023 22:39:00 | Barclays, POB 13337, Philadelphia, PA 19101-3337 |
| 96794114 | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 06 2023 22:36:56 | Capital One, POB 60599, City of Industry, CA 91716-0599 |
| 96794116 | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 06 2023 22:47:53 | Citibank, N.A., Loan Dept., POB 790110, Saint Louis, MO 63179-0110 |
| 96794117 | Email/PDF: Citi.BNC.Correspondence@citi.com | Feb 06 2023 22:47:53 | Citicards, POB 70166, Philadelphia, PA 19176-0166 |
| 96794118 | Email/PDF: creditonebknotifications@resurgent.com | Feb 06 2023 22:37:38 | Credit One, POB 60500, City of Industry, CA 91716-0500 |
| 96794119 | Email/Text: sbse.cio.bnc.mail@irs.gov | Feb 06 2023 22:39:00 | Internal Revenue Service, Centralized Insolvency Section, POB 21126 (DP-N-781), Philadelphia, PA 19114 |
| 96794115 | Email/PDF: ais.chase.ebn@aisinfo.com | Feb 06 2023 22:37:16 | Cardmember Service, POB 1423, Charlotte, NC 28201-1423 |
| 96794120 | Email/Text: PBNCNotifications@peritusservices.com | Feb 06 2023 22:38:00 | Kohl's, POB 60043, City of Industry, CA 91716-0043 |
| 96794123 | Email/Text: Bankruptcy.Notices@pnc.com | Feb 06 2023 22:38:00 | PNC, POB 71335, Philadelphia, PA 19176-1335 |
| 96794124 | Email/PDF: gecsedi@recoverycorp.com | Feb 06 2023 22:37:22 | Rooms to Go, POB 960061, Orlando, FL 32896-0061 |
| 96794125 | Email/PDF: gecsedi@recoverycorp.com | Feb 06 2023 22:36:57 | TJX Rewards / SYNCB, POB 530949, Atlanta, GA 30353-0949 |

District/off: 113C-9        User: admin        Page 2 of 2

Date Rcvd: Feb 06, 2023        Form ID: CGFD65        Total Noticed: 19

TOTAL: 14

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 08, 2023        Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 6, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Alexis A Leventhal | on behalf of Interested Party MicroBilt Corporation aleventhal@reedsmith.com  slucas@reedsmith.com |
| Alexis A Leventhal | on behalf of Interested Party Princeton Alternative Funding  LLC aleventhal@reedsmith.com, slucas@reedsmith.com |
| Chad S. Paiva | trustee.paiva@gmail.com  simone@fenderbollingpaiva.com;ecf.alert+Paiva@titlexi.com |
| Jordan L Rappaport, Esq | on behalf of Debtor Copley E. Szostak office@rorlawfirm.com  1678370420@filings.docketbird.com |
| Office of the US Trustee | USTPRegion21.MM.ECF@usdoj.gov |

TOTAL: 5

**CGFD65** (10/01/16)



**ORDERED in the Southern District of Florida on February 6, 2023**

**Erik P. Kimball**
United States Bankruptcy Judge

---

# United States Bankruptcy Court
## Southern District of Florida
### www.flsb.uscourts.gov

**Case Number: 22–19693–EPK**

**Chapter: 7**

**In re:** *(Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade)*

Copley E. Szostak
aka Copley E. McKeon
3191 S Dixie Highway
Apt. 515
West Palm Beach, FL 33405–1511

SSN: xxx–xx–1889

## ORDER DETERMINING DEBTOR'S
## COMPLIANCE WITH FILING REQUIREMENTS OF §521(a)(1)

Pursuant to 11 U.S.C. §521(i), if an individual debtor in a voluntary case under chapter 7 or 13 fails to file all of the information required under 11 U.S.C. §521(a)(1) within 45 days after the date of the filing of the petition, the case shall be automatically dismissed effective on the 46th day after the date of the filing of the petition.

*Page 1 of 2*

The information required by 11 U.S.C. §521(a)(1) as provided by the debtor* in this case is complete to the satisfaction of the trustee and no creditor or other party in interest has filed a request for an order of dismissal pursuant to 11 U.S.C. §521(i)(2) as provided under Local Rule 1017–2(A)(2). Based upon the trustee's review, the court has determined that the debtor has complied with the information requirements of 11 U.S.C. §521(a)(1).

Accordingly, it is

**ORDERED:**

1. This case is not subject to automatic dismissal under 11 U.S.C. §521(i)(1) or (2).

2. If any creditor or other party in interest has any reason to contest the court's finding that the debtor has filed all information required by 11 U.S.C. §521(a)(1), that party shall file an objection not later than 21 days from the date of the entry of this Order, and serve such objection on the trustee, the United States Trustee, debtor, and debtor's counsel, if any. The objection should specifically identify the information and document(s) required by 11 U.S.C. §521(a)(1) that the debtor has failed to file.

3. Each creditor or other party in interest served with this Order who does not file an objection within the 21 day deadline set forth above has waived the right to file a motion to dismiss this bankruptcy case for the debtor's failure to comply with 11 U.S.C. §521(a)(1).

4. Nothing in this Order shall excuse the debtor's duty to cooperate with the United States Trustee and the trustee assigned to this case, and shall not prevent the United States Trustee or case trustee from requesting by any authorized means, including, but not limited to motion, that the debtor supply further information.

The clerk shall serve a copy of this order on all parties of record.

*# # #*

\* All references to "debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.

*Page 2 of 2*