**EXHIBIT B**

Form 1099-G

(Attached)

| PAYER'S name, street address, city, state, and ZIP code, and telephone no.<br><br>**NEW JERSEY DEPARTMENT OF LABOR**<br>**UNEMPLOYMENT INSURANCE**<br>**PO BOX 916**<br>**TRENTON, NJ 08625-0916** | 1 Unemployment compensation<br>$19,116.00 | **OMB No. 1545-0120**<br><br>**2021**<br><br>**Form 1099-G** | **Certain<br>Government<br>Payments** |
|---|---|---|---|
| PAYER'S Federal Identification number<br>█████████ | 2 State or local income tax refunds, credits, or offsets<br>$ | | |
| | 3 Box 2 amount is for tax year<br>$ | 4 Federal Income tax withheld<br>$0.00 | **Copy B<br>For Recipient**<br>This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. |
| RECIPIENT'S Name<br>**COPLEY E SZOSTAK** | 5 ATAA payments<br>$ | 6 Taxable grants<br>$ | |
| | 7 Agriculture payments<br>$ | 8 Box 2 is trade or business income ▶ ☐ | |
| | **UNEMPLOYMENT INSURANCE** | | |

Form 1099-G                 (Keep for your records.)                 Department of the Treasury - Internal Revenue Service

TAA Form: TAA-1-08 (R-11-16)