UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 22-19693-EPK
CHAPTER 7

COPLEY SZOSTAK,

    Debtor.

_____/

**<u>DEBTOR'S NOTICE OF WITHDRAWAL OF DOCKET ENTRY 22 (ECF 22)</u>**

Debtor, COPLEY SZOSTAK, by and through undersigned counsel, hereby notifies the Court of this Notice of Withdrawal of Docket Entry 22 (ECF 22), filed on March 28, 2023.

I HEREBY CERTIFY that a true copy of the foregoing has been served electronically where available or by regular mail to all interested parties on the Service List below on this, the 28th day of March, 2023.

    I hereby certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualification to practice in this court set forth in Local Rule 2090-1(A).

        RAPPAPORT OSBORNE & RAPPAPORT, PLLC
        Attorneys for Debtor
        1300 North Federal Highway
        Squires Building, Suite 203
        Boca Raton, Florida 33432
        Telephone (561) 368-2200

        BY:      /s/_____
           JORDAN L. RAPPAPORT, ESQ.
           Florida Bar No. 108022

SERVED:

**<u>VIA CM/ECF Notification System:</u>**

| | |
|---|---|
| Alexis A. Leventhal | aleventhal@reedsmith.com |
| US Trustee | USTPRegion21.MM.ECF@usdoj.com |
| Chad S. Paiva | trustee.paiva@gmail.com |