**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

CASE NO. 22-19693-EPK
CHAPTER 7

COPLEY SZOSTAK,

    Debtor.
_____/

## STIPULATION FOR SUBSTITUTION OF COUNSEL

RAPPAPORT OSBORNE & RAPPAPORT, PLLC, attorneys of record for Debtor, stipulate and agree that STEVE NEWBURGH, P.A., may be substituted as attorney of record for Debtor and that all documents served or filed or to be served or filed herein be sent to STEVE NEWBURGH, P.A., as attorney of record for Debtor. The Debtor has consented to the substitution, and as to the contains of this stipulation.

    Dated this 28th day of March, 2023.

RAPPAPORT OSBORNE & RAPPAPORT, PLLC
1300 North Federal Highway
Squires Building, Suite 203
Boca Raton, Florida 33432
Telephone: (561) 368-2200

By: ___/s/_____
    JORDAN L. RAPPAPORT, ESQ.
    Florida Bar No. 108022

STEVE NEWBURGH, P.A.
884 Northwest 6th Drive
Boca Raton, FL 33486
Telephone: (917) 579-6951
ssn@newburghlaw.net
cmecf@newburghlaw.net

By: ___/s/_____
    STEVE NEWBURGH, ESQ.
    Florida Bar No. 348619

SERVICE LIST:

Alexis A. Leventhal       aleventhal@reedsmith.com
US Trustee                USTPRegion21.MM.ECF@usdoj.com
Chad S. Paiva             trustee.paiva@gmail.com

Synchrony Bank
P.O. Box 41021
Norfolk, VA 23541