

ORDERED in the Southern District of Florida on March 31, 2023.



**Erik P. Kimball, Judge**
**United States Bankruptcy Court**

_____

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

CASE NO. 22-19693-EPK
CHAPTER 7

COPLEY SZOSTAK,

    Debtor.
_____/

**ORDER GRANTING STIPULATION FOR SUBSTITUTION OF DEBTOR'S COUNSEL**

THIS CAUSE came on for consideration without hearing, upon the Stipulation for Substitution of Debtor's counsel (ECF 24), and the Court having considered the stipulation and being otherwise fully advised in the premises, it is hereby:

ORDERED AND ADJUDGED that STEVE NEWBURGH, P.A., is hereby substituted as counsel of record in the place and stead of RAPPAPORT OSBORNE & RAPPAPORT, PLLC for Debtor and RAPPAPORT OSBORNE & RAPPAPORT, PLLC is hereby relieved from any further responsibility in the above styled case.

# # #

SUBMITTED BY:

Jordan L. Rappaport, Esq.
RAPPAPORT OSBORNE & RAPPAPORT, PLLC
Suite 203, Squires Building
1300 North Federal Highway
Boca Raton, Florida 33432
Telephone: (561) 368-2200

Steve Newburgh, Esq. shall serve conformed copies on all interested parties and file a Certificate of Service with the Court.