IN THE UNITED STATES BANKRUPTCY COURT FOR
SOUTHERN DISTRICT OF FLORIDA
W. PALM BEACH DIVISION

In re

COPLEY E SZOSTAK

Debtors.

In Chapter 7 Proceeding
Case No. 22-19693

## REQUEST TO DISCONTINUE SERVICE OF NOTICES

**PLEASE TAKE NOTICE** that Synchrony Bank c/o PRA Receivables Management, LLC hereby withdraws its Request for Special Notice filed on 12/21/2022 Docket Number 7.

Dated: This 7th day of July, 2023

By: /s/Valerie Smith

Valerie Smith
PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541
TEL: (877) 885-5919
FAX: (757) 351-3257

## Certificate of Service

I hereby certify that a copy of the foregoing was served electronically to the following parties:

JORDAN L RAPPAPORT
Attorney

CHAD S PAIVA
Chapter 7 Trustee

Dated: This 7th day of July, 2023

By: /s/Valerie Smith

Valerie Smith
PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541
TEL: (877) 885-5919
FAX: (757) 351-3257