



**ORDERED in the Southern District of Florida on October 12, 2023.**

      **Erik P. Kimball**
      **Chief United States Bankruptcy Judge**

_____

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

| | |
|---|---|
| In re: | Case No. 22-19693--EPK |
| | Chapter 7 |
| **COPLEY SZOSTAK,** | |
|     Debtor. | |
| _____/ | |
| **MICROBILT CORPORATION** | |
| and | |
| **ALTERNATIVE FUNDING, LLC** | |
|     Plaintiffs, | |
| v. | Adv. Proc. No. 23-01070-EPK |
| **COPLEY E. SZOSTAK** | |
|     Defendant. | |
| _____/ | |

**ORDER TRANSFERRING CHAPTER 7 CASE**
**AND ADVERSARY PROCEEDING NO. 23-01070**

THIS MATTER came before the Court for hearing on October 11, 2023 upon *Defendant's Motion to Transfer Case and Adversary Proceeding Within Division* [ECF No. 29, Case No. 22-19693 and ECF No. 15, Adv. Proc. No. 23-01070] (together, the Motion) filed by Copley Szostak, the debtor in this chapter 7 case.  Having considered the Motion, and for the reasons stated on the record, pursuant to Local Rule 1073-1(B)(3)(a), it is ORDERED and ADJUDGED as follows:

1. The Motion is GRANTED.

2. This chapter 7 bankruptcy case and adversary proceeding number 23-01070 are TRANSFERRED to the Honorable Mindy A. Mora.

###

Copies furnished to:

Steven Newburgh, Esq.

*Steven Newburgh, Esq. is directed to serve a conformed copy of this Order on all appropriate parties and file a certificate of service with the Court.*