UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

| | |
|---|---|
| In re: | Chapter 7 |
| COPLEY E. SZOSTAK | Case No. 22-19693-MAM |
| Debtor._____/ | |
| MICROBILT CORPORATION and PRINCETON ALTERNATIVE FUNDING, LLC, | Adv. No. 23-01070-MAM |
| Plaintiffs, | |
| v. | |
| COPLEY E. SZOSTAK | |
| Defendant._____/ | |

**PLAINTIFFS' RULE 26(a)(1) DISCLOSURES**

Pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure ("Federal Rules"), made applicable to this adversary proceeding pursuant to Rule 7026 of the Federal Rules of Bankruptcy Procedure ("Bankruptcy Rules"), Plaintiffs MicroBilt Corporation and Princeton Alternative Funding, LLC (collectively "Plaintiffs"), through their undersigned counsel, provides the following initial disclosures in connection with the above-captioned adversary proceeding ("Action"):[1]

**RESERVATION OF RIGHTS**

1. Plaintiffs' initial disclosures (the "Initial Disclosures") are based upon information currently in Plaintiffs' possession, custody, or control. Plaintiffs reserve the right to amend, modify or supplement the Initial Disclosures, in accordance with applicable Federal

---

[1] Capitalized terms used but not defined herein shall have the meanings ascribed thereto in Plaintiffs' Complaint.

Rules and Bankruptcy Rules, when and if additional or different information becomes known to Plaintiffs during the course of discovery, fact investigation and/or trial preparation.

2.      The Initial Disclosures are made without waiving any objections to the discovery, authentication, or admissibility of any evidence or other information described or suggested herein on any and all grounds that may be applicable, including, but not limited to, the grounds of relevance, materiality, competence, privilege, immunity, work product, or any other applicable privilege, prohibition or protection against, objection to, or limitation on disclosure. Accordingly, Plaintiffs reserves all rights to object to any information provided in or produced as a result of these Initial Disclosures or any other discovery in this matter.

3.      Plaintiffs reserve the right to identify and call to testify as witnesses any individuals that may have knowledge or information relative to this matter, whether or not those individuals are identified in the Initial Disclosures.

4.      Plaintiffs reserve their rights to object to the production of any document protected from the scope of discovery pursuant to the Federal Rules of Civil Procedure.

5.      Plaintiffs reserve the right to withhold any information protected from disclosure by the attorney-client privilege, the attorney work product privilege, or any other applicable privilege.

## RULE 26(a)(1) DISCLOSURES

**A.      Rule 26(a)(1)(A)(i): The name and, if known, the address and telephone number of each individual likely to have discoverable information—along with the subjects of that information—that the Plaintiffs may use to support its claims or defenses, other than for impeachment purposes:**

To the best of Plaintiffs' knowledge, the following persons may have discoverable information regarding the allegations set forth in the Complaint [Docket No. 1] (the "Complaint"):

1. Walt Wojciechowski, as Chief Executive Officer of MicroBilt Corp. may have information related to Ms. Szostak's acts and omissions giving rise to the Plaintiffs' non-dischargeable claims against the Debtor. Mr. Wojciechowski may be contacted through Plaintiffs' counsel of record in this case.

2. Philip Burgess, as a consultant to of MicroBilt Corp., may have information, including relating to Ms. Szostak's acts and omissions giving rise to the Plaintiffs' non-dischargeable claims against the Debtor as well as the Debtor's acts which give rise to the basis to deny the Debtor's general discharge. Mr. Burgess may be contacted through Plaintiffs' counsel of record in this case.

3. Alonzo Primus is the former Chief Credit Officer of Princeton Alternative Income Fund, LP and a principal of LJP Consulting LLC and may have information related to Ms. Szostak's acts and omissions giving rise to the Plaintiffs' non-dischargeable claims against the Debtor. Mr. Primus may be contacted through Plaintiffs' counsel of record in this case.

4. Jack Cook, as Chief Executive Officer of Princeton Alternative Income Fund, LP may have information related to Ms. Szostak's acts and omissions giving rise to the Plaintiffs' non-dischargeable claims against the Debtor. Mr. Cook may be contacted through Plaintiffs' counsel of record in this case.

5. Persons currently or formerly employed or associated with Princeton Alternative Income Fund, L.P. and Princeton Alternative Funding, LLC, including but limited to Robert Szostak, Robert Farrell and Howard Davner. Mr. Szostak's last known address is: 3191 S Dixie Hwy, Apt 511, West Palm Beach, FL 33405-1596. Mr. Farrell's last known address is: 10 Darvel Drive, West Windsor, NJ 08550. Mr. Davner's last known address is: 72 O'Connor Circle, West Orange, NJ 07052.

6. Any and all persons identified by the Defendant in her initial disclosures and/or in discovery produced in these cases.

7. Such other parties as may be discovered or whose names become available as Plaintiffs' investigation continues.

The identification of Plaintiffs' employees as individuals that may have discoverable information is not, and should not be interpreted as, a statement by any Plaintiff that the identified individuals actually have relevant knowledge and information or will appear as witnesses at trial.

**B.    Rule 26(a)(1)(A)(ii): A copy — or a description by category and location —of all documents, electronically stored information, and tangible things that the**

> **disclosing party has in its possession, custody, or control and may use to supports its claims or defenses, unless the use would be solely for impeachment.**

Extensive documents have been previously produced by/to the Plaintiffs and the Defendant in connection with related proceedings in this case relates to the subject matter areas identified in Section A above, including:

Farrell0000001- 980

BF_000000001 -162357

MBPAF-Farrell-TPP-000000001 -13

MBPAF-Szostak-TPP00005 -606

MBPAF-West-TPP-000000001-4353,

Szostak-000000001 -000268076.

SZO-0001-00062

Documents produced by Chapter 7 Trustee (Identified as "Doc. 1-22")

Plaintiffs further understand additional productions have been made by Pepper Hamilton, LLP and/or Sherman, Silverstein, Kohl, Rose & Podolsky, P.A. to the Defendant.

Plaintiffs may have additional documents in its possession, custody, or control that Plaintiffs may use to support its claims in the above-captioned litigation. Some of these documents may be stored electronically, while others are kept by Plaintiffs as custodian.

Plaintiffs believes that the witnesses listed in Section A above may have documents in their possession, custody or control that any Plaintiff may use to support their claims in the above captioned-litigation. These documents relate to the subject matter areas identified above.

Some of these documents may be stored electronically, while others are personally kept by the witnesses.

Plaintiffs will supplement this list as necessary to add other documents containing discoverable information that Plaintiffs may use to support its claims.

    **C.**    **Rule 26(a)(1)(A)(iii): Computation of each category of damages claimed by Plaintiffs**

Plaintiffs seek all awardable costs and attorneys' fees available against the Defendant under applicable non-bankruptcy law be determined to be non-dischargeable under § 523 of the Bankruptcy Code.

    **D.**    **Rule 26(a)(1)(A)(iv): Insurance Agreements Under Which an Insurance Business May Be Liable to Satisfy All or Part of a Possible Judgment in the Action or to Indemnify or Reimburse for Payments Made to Satisfy the Judgment**

Not Applicable.


Dated:  February 7, 2024

    REED SMITH LLP

    /s/ Derek J. Baker
    **REED SMITH LLP**
    Derek J. Baker (*admitted pro hac vice*)
    1717 Arch Street
    Suite 3100
    Philadelphia, PA 19103
    Tel: 215-851-8148
    Facsimile: 215-851-1420
    Email: dbaker@reedsmith.com

    -and-

    */s/ Alexis A. Leventhal*
    Alexis A. Leventhal (Fla. Bar No. 108064)
    Reed Smith LLP
    225 Fifth Avenue, Suite 1200
    Pittsburgh, PA  15222
    Telephone: (412) 288-3131

Facsimile: (412) 288-3063
Email: aleventhal@reedsmith.com

*Counsel for MicroBilt Corporation and Princeton Alternative Funding, LLC*