**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**
**www.flsb.uscourts.gov**

| | |
|---|---|
| In re: | Chapter 7 |
| COPLEY E. SZOSTAK | Case No. 22-19693-MAM |
| Debtor. _____/ | |

**NOTICE OF WITHDRAWAL OF DOCUMENTS**
[ECF Nos. 36 and 38]

**PLEASE TAKE NOTICE** that on June 27, 2024, Microbilt Corporation and Princeton Alternative Fund, LLC (the "Plaintiffs"), filed the *Plaintiffs' Rule 26(a)(1) Disclosures* [ECF No. 36] (the "Initial Disclosures").

**PLEASE TAKE FURTHER NOTICE** on June 28, 2024, Plaintiffs, filed the Notice to Withdraw Document regarding the Initial Disclosures [ECF No. 38] (the "Notice")

**PLEASE TAKE FURTHER NOTICE** that the Plaintiffs withdraw the Initial Disclosures and the Notice, as they were inadvertently filed on this docket rather than the related adversary docket.

Dated: June 28, 2024

Respectfully submitted,

By: */s/ Derek J. Baker*
Derek J. Baker (PA State Bar No. 82207)
*Admitted pro hac vice*
Reed Smith LLP
Suite 3100
Three Logan Square
1717 Arch Street
Philadelphia, PA  19103
Telephone:  215-851-8148
Facsimile:  21-851-1420
Email:  dbaker@reedsmith.com

-and-

/s/ Alexis A. Leventhal
Alexis A. Leventhal (Fla. Bar No. 108064)
Reed Smith LLP
225 Fifth Avenue, Suite 1200
Pittsburgh, PA  15222
Telephone: (412) 288-3131
Facsimile: (412) 288-3063
Email:  aleventhal@reedsmith.com


*Counsel for MicroBilt Corporation and Princeton Alternative Funding, LLC*

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on September 19, 2023, a copy of the foregoing was electronically filed with the Court using the CM/ECF system, which sent notification to all parties of interest who are participating in the CM/ECF system, and by First Class U.S. mail to all parties on the attached mailing service list.

                                            */s/ Alexis A. Leventhal*
                                            Alexis A. Leventhal

**First Class U.S. Mailing List:**

Robert W. Szostak
3191 S Dixie Hwy, Apt 515
West Palm Beach, FL 33405-1596