

**ORDERED in the Southern District of Florida on June 13, 2025.**

**Mindy A. Mora, Judge
United States Bankruptcy Court**

_____

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION**
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Chapter 7 |
| COPLEY E. SZOSTAK | Case No. 22-19693-MAM |
| Debtor. | |
| _____/ | |

### ORDER ADMITTING ATTORNEY PRO HAC VICE

**THIS MATTER** came before the Court, without a hearing, on the Motion to Appear *Pro Hac Vice* [ECF No. 42]. The court having reviewed the motion and good cause appearing, it is

**ORDERED** that Emily C. Costantinou ("Visiting Attorney") may appear before this court *pro hac vice* as counsel for MicroBilt Corporation and Princeton Alternative Funding, LLC ("Clients") in this case and in each adversary proceeding in this case where Visiting Attorney

appears on behalf of Clients, subject to the local rules of this court. Visiting Attorney shall include the certification required by Local Rule 9011-4(B)(2) in all papers filed with this court.

Visiting Attorney may apply to become a registered user of CM/ECF in this district with full filing privileges in this case and in any other case in which this court has entered an order admitting Visiting Attorney *pro hac vice*.

The following attorney ("Local Attorney") is designated as the attorney qualified to practice in this court with whom the court and other counsel may readily communicate and upon whom papers may be served:

> Alexis A. Leventhal
> Reed Smith LLP
> 225 Fifth Avenue, Suite 1200
> Pittsburgh, PA  15222
> Tel:  412-288-3131
> Fax: 412-228-3063
> Email:  aleventhal@reedsmith.com
> Florida Bar No. 108064

Local Attorney shall act as the local attorney as required by Local Rule 2090-1(C)(2) in this case and in each adversary proceeding in this case in which the Visiting Attorney appears on behalf of the Clients. If Local Attorney declines to serve as the local attorney in any such adversary proceeding, a separate local attorney must file an additional *Motion to Appear Pro Hac Vice*, and absent such separate motion and an order of this court approving the same, Local Attorney will continue to act as local attorney for the Clients in all such proceedings.

###

**Submitted by:**

Alexis A. Leventhal (Fla. Bar No. 108064)
Reed Smith LLP
225 Fifth Avenue, Suite 1200
Pittsburgh, PA  15222

- 3 -

Telephone: (412) 288-3131
Facsimile: (412) 288-3063
Email: aleventhal@reedsmith.com

*Attorney Leventhal is directed to serve a copy of this order on all interested parties within three (3) days of entry and to file a certificate of service thereon.*

- 3 -