IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flmb.uscourts.gov

In re:

COPLEY E. SZOSTAK

          Debtor.
_____/

Chapter 7

Case No.: 22-19693-MAM

## WITHDRAWAL OF APPEARANCE

**TO THE CLERK:**

    Kindly withdraw the appearance of Alexis A. Leventhal on behalf of MicroBilt Corporation and Princeton Alternative Funding, LLC, in the above-captioned bankruptcy case and all related adversary proceedings.

Respectfully submitted,

Dated: August 15, 2025

REED SMITH LLP

*/s/ Alexis A. Leventhal*
Alexis A. Leventhal (Fla. Bar No. 108064)

Reed Smith LLP
225 Fifth Avenue, Suite 1200
Pittsburgh, PA  15222
Telephone: (412) 288-3131
Facsimile: (412) 288-3063
Email:  aleventhal@reedsmith.com

*Attorney for MicroBilt Corporation and Princeton Alternative Funding, LLC*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

In re:

COPLEY E. SZOSTAK

    Debtor.
_____/

Chapter 7

Case No.: 22-19693-MAM

**CERTIFICATE OF SERVICE**

I hereby certify that on the date below I caused a true and correct copy of the foregoing Withdrawal of Appearance to be filed electronically using this Court's CM/ECF system and that the same is available for viewing thereon.

                                                                            */s/ Alexis A. Leventhal*
                                                                            Alexis A. Leventhal

Dated: August 15, 2025