**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**
https://www.flsb.uscourts.gov/

In re:

COPLEY E. SZOSTAK

    Debtor.

_____/

Chapter 7

Case No.: 22-19693-MAM

### NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that the law firm of REED SMITH LLP, hereby gives notice of its appearance as counsel on behalf of MicroBilt Corporation and Princeton Alternative Funding, LLC, and pursuant to the Federal Rules of Bankruptcy Procedure 2002 and 9007 and 11 U.S.C. § 1109(b), requests that all notices given or required to be served in the above-referenced case be given to and served upon:

Edward M. Mullins
Reed Smith LLP
200 South Biscayne Boulevard, Suite 2600
Southeast Financial Center
Miami, Florida 33131
Phone: 786-747-0203
emullins@reedsmith.com

PLEASE TAKE FURTHER NOTICE that the foregoing request includes any order and notices of any applications, motions, pleadings, requests, complaints or demands, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, facsimile or otherwise, that affects the Debtors or property of the Debtors. The Clerk of Court is also requested to place the undersigned on the mailing matrix so that the undersigned may receive all notices from the Court in the above captioned matter.

I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court of

2

the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court as set forth in Local Rule 2090-1(A)

Dated: August 22, 2025                                   Respectfully submitted,

By: /s/ *Edward M. Mullins*
Edward M. Mullins
Florida Bar No.: 863920
**REED SMITH LLP**
200 South Biscayne Boulevard, Suite 2600
Southeast Financial Center
Miami, Florida 33131
Phone: 786-747-0203
emullins@reedsmith.com

*Attorney for MicroBilt Corporation and Princeton Alternative Funding, LLC*

2

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via electronically via CM/ECF to all parties registered to receive such notice, on August 22, 2025.

Dated: August 22, 2025

Respectfully submitted,

By: */s/ Edward M. Mullins*
Edward M. Mullins
Florida Bar No.: 863920
**REED SMITH LLP**
200 South Biscayne Boulevard, Suite 2600
Southeast Financial Center
Miami, Florida 33131
Phone: 786-747-0203
emullins@reedsmith.com

*Attorney for MicroBilt Corporation and Princeton Alternative Funding, LLC*