UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:                                                          Case No. 22-19693-MAM

COPLEY E. SZOSTAK,                                   Chapter 7

                Debtor.                              Dkt. No. ___

## NOTICE OF SUBSTITUTION OF COUNSEL

      The undersigned counsel, pursuant to Local Rule 2091-1(C), hereby files this *Notice of Substitution of Counsel* (the "Notice") in relation to Alexis A. Leventhal, Esq.'s representation with Reed Simth LLP. Ms. Leventhal is no longer employed by Reed Simth LLP and requests that the Clerk of Court remove Ms. Leventhal from all cases in this District in which Reed Simth LLP appears, and substitute Edward M. Mullins, Esq. – currently employed by Reed Simth LLP – in her place.

      1.      Pursuant to Local Rule 2091-1(C), an attorney with the same firm as an attorney initially employed by a client pursuant to Local Rule 2014-1, may substitute as counsel for that client by filing a Notice in each affected case or proceeding containing a statement that the client has consented to the substitution, and serving the notice on all interest parties.

      2.      Reed Simth LLP has been engaged in legal representation in this action.

      3.      Reed Simth LLP's client in this action consents to substitutions of counsel within the same law firm.

      4.      The filing of this Notice serves as notice to all interested parties of such substitution.

      WHEREFORE, the undersigned respectfully requests that the Clerk of Court add the name and address of the undersigned to the matrix of creditors prepared in connection with the case.

*[Remainder of this Page Intentionally Left Blank – Signature to Follow]*

LF-43 (12/01/20)

By: */s/ Edward M. Mullins*
Edward M. Mullins, Esq.
REED SMITH LLP
FL I.D. No. 863920
emullins@reedsmith.com
200 South Biscayne Boulevard, Suite 2600
Southeast Financial Center
Miami, Florida 33131
Tel: 786-747-0203

Respectfully Submitted,

Date: March 10, 2026                CAMPBELL & LEVINE, LLC

By: */s/ Alexis A. Leventhal*
Alexis A. Leventhal, Esq.
FL I.D. No. 108064
PA I.D. No. 324472
aleventhal@camlev.com
310 Grant St., Suite 1700
Pittsburgh, PA 15219
Tel:  412-261-0310
Fax:  412-261-5066