UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| In re: | Case No. 22-19693-MAM |
| COPLEY E. SZOSTAK, | Chapter 7 |
| Debtor. | Dkt. No. ___ |
| | Related to Dkt. No. 48 |

**CERTIFICATE OF SERVICE**

    I hereby certify under penalty of perjury that on March 10, 2026, I served a true and correct copy of the *Notice of Substitution of Counsel* [Dkt. No. 48] via First Class U.S. Mail, postage prepaid, and electronic mail, as indicated on the parties on the attached Service List.

    Respectfully Submitted,

Date: March 10, 2026          CAMPBELL & LEVINE, LLC

By: */s/ Alexis A. Leventhal*
Alexis A. Leventhal, Esq.
FL I.D. No. 108064
PA I.D. No. 324472
aleventhal@camlev.com
310 Grant St., Suite 1700
Pittsburgh, PA 15219
Tel: 412-261-0310
Fax: 412-261-5066

## Service List

**Via electronic mail:**

| | |
|---|---|
| Edward M. Mullins, Esq.<br>Reed Smith LLP<br>200 South Biscayne Boulevard, Suite 2600<br>Southeast Financial Center<br>Miami, Florida 33131<br>E: emullins@reedsmith.com | Steven S Newburgh, Esq.<br>884 NW 6th Drive<br>Boca Raton, FL 33486<br>E: ssn@newburghlaw.net<br><br>*Counsel for Copley E. Szostak* |
| Chad S. Paiva, Esq.<br>6526 S. Kanner Highway, #376<br>Stuart, FL 34997<br>E: trustee.paiva@gmail.com<br><br>*Chapter 7 Trustee* | Office of the US Trustee<br>51 S.W. 1st Ave.<br>Suite 1204<br>Miami, FL 33130<br>E: USTPRegion21.MM.ECF@usdoj.gov |
| Michael P. Cooley, Esq.<br>Reed Smith LLP<br>2850 N. Harwood Street, Suite 1500<br>Dallas, TX 75201<br>E: MPCooley@reedsmith.com | Emily C. Constantinou, Esq.<br>Reed Smith LLP<br>225 Fifth Avenue<br>Pittsburgh, PA 15222<br>E: ECostantinou@reedsmith.com |

**Via First Class U.S. Mail:**

| | | |
|---|---|---|
| Steven S Newburgh, Esq.<br>884 NW 6th Drive<br>Boca Raton, FL 33486 | Chad S. Paiva, Esq.<br>6526 S. Kanner Highway, #376<br>Stuart, FL 34997 | Office of the US Trustee<br>51 S.W. 1st Ave.<br>Suite 1204<br>Miami, FL 33130 |
| Michael P. Cooley, Esq.<br>Reed Smith LLP<br>2850 N. Harwood Street, Suite 1500<br>Dallas, TX 75201 | Emily C. Constantinou, Esq.<br>Reed Smith LLP<br>225 Fifth Avenue<br>Pittsburgh, PA 15222 | Credit One<br>P.O. Box 60500<br>City of Industry, CA 91716-0500 |
| Maiden Prospect Place Equities<br>55th Ave. 15th Floor<br>New York, NY 10003 | PNC Bank Retail Lending<br>P.O. Box 94982<br>Cleveland, OH 44101-4982 | TJX Rewards/SYNCB<br>P.O. Box 53949<br>Atlanta, GA 30353-0949 |

| | | |
|---|---|---|
| Copely E. Szostak<br>3191 S. Dixie Highway<br>Apartment 515<br>West Palm Beach, FL 33405-1596 | Steven S. Newburgh, Esq.<br>884 NW 6th Drive<br>Boca Raton, FL 33486-3504 | Bank of America<br>P.O. Box 851001<br>Dallas, TX 75285-1001 |
| Cardmember Service<br>P.O. Box 1423<br>Charlotte, NC 28201-1423 | Citi Bank, N.A.<br>Loan Department<br>P.O. Box 790110<br>Saint Louis, MO 63179-0110 | Barclays<br>P.O. Box 13337<br>Philadelphia, PA 19101-3337 |
| Internal Revenue Service<br>Centralized Insolvency Division<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Maiden Prospect Place Holdings, LLC<br>55th Avenue, 15th Floor<br>New York, NY 10003 | Present Company, LLC<br>3191 S. Dixie Highway<br>Apartment 515<br>West Palm Beach, FL 33405-1596 |
| Capital One<br>P.O. Box 60599<br>City of Industry, CA 91716-0599 | Citicards<br>P.O. Box 70166<br>Philadelphia, PA 19176-0166 | KOHLS<br>P.O. Box 60043<br>City of Industry, CA 91716-0043 |
| Rooms to Go<br>P.O. Box 960061<br>Orlando, FL 32896-0061 | | |