**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**
www.flsb.uscourts.gov

In re:                                                             Chapter 7

COPLEY E. SZOSTAK                                Case No 22-19693-MAM

                          Debtor.

_____/


**AGREED MOTION TO CONTINUE**
**HEARING SCHEDULED FOR APRIL 28, 2026**

Creditor MicroBilt Corporation and Creditor Princeton Alternative Funding, LLC

(together, "***Creditors***"), pursuant to Local Rules 5005-1(G)(1)(a) and 9013-1(C)(8), hereby file

this agreed motion (the "***Motion***") to continue the April 28, 2026 non-evidentiary hearing and to

extend all deadlines relating to such setting in the above-styled case and, in support thereof,

respectfully state as follows:

1.       On April 16, 2026, Debtor filed a motion (Dkt. No. 50, the "***§ 502(c) Motion***") to

estimate and disallow Creditors' claim under § 502(c).  The Debtor noticed a non-evidentiary

hearing on the § 502(c) Motion for April 28, 2026, at 10:00 A.M.  Dkt. No. 51.

2.       Due to scheduling conflicts, Creditors respectfully request that the Court enter an

order, substantially in the form attached hereto as Exhibit A (the "***Proposed Order***"), continuing

the non-evidentiary hearing on the § 502(c) Motion to May 27, 2026 at 10:00 A.M.[1].

3.       The Debtor and her counsel have agreed to the requested relief pursuant to Local

Rule 9013-1(C)(8). A proposed agreed order granting the relief requested is attached as required

by Local Rule 5005-1(G)(1)(a).

---

[1] Date and Time provided by the Courtroom Deputy.

4.      This request for a continuance of the nonevidentiary hearing on the § 502(c) is made in good faith by the Parties, not for the purposes of delay, and causes no harm or prejudice to any party.

5.      This is the first request for continuance of a hearing on the Motion.

WHEREFORE, Creditors, joined by the Debtor, respectfully request entry of an order in the form attached hereto as **Exhibit "A"**:  (i) granting this Motion; (ii) continuing the April 28, 2026 non-evidentiary hearing to May 27, 2026, at 10:00 A.M., or such other date and time as the Court directs; (iii) extending the related response deadlines to correspond to the continued hearing on the Debtor's 502 Motion; and (iv) granting such other and further relief as the Court deems just and proper.

[*The remainder of this page is intentionally left blank*.]

Dated:  April 23, 2026

**REED SMITH LLP**

*/s/  Edward M. Mullins*
Edward M. Mullins
Florida Bar No. 863920
200 South Biscayne Boulevard, Suite 2600
Southeast Financial Center
Miami, Florida 33131
Telephone: 786-747-0203
Email:  emullins@reedsmith.com

and

Michael P. Cooley (admitted pro hac vice)
2850 N. Harwood Street
Suite 1500
Dallas, TX 75201
Telephone: (469) 680-4200
Fax: (469) 680-4299
Email: mpcooley@reedsmith.com

and

Emily C. Costantinou (admitted pro hac vice)
Reed Smith LLP
225 Fifth Avenue, Suite 1200
Pittsburgh, PA 15222
Telephone: (412) 288-3131
Facsimile: (412) 288-3063
Email: ecostantinou@reedsmith.com

*Counsel for MicroBilt Corporation and*
*Princeton Alternative Funding, LLC*

**EXHIBIT "A"**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**
www.flsb.uscourts.gov

In re:                                                    Chapter 7

COPLEY E. SZOSTAK                                         Case No 22-19693-MAM
                        Debtor.

_____/

**ORDER GRANTING AGREED MOTION TO**
**CONTINUE  HEARING SCHEDULED FOR APRIL 28, 2026**

**THIS MATTER** came before the Court on the *Agreed Motion to Continue Hearing*

*Scheduled for April 28, 2026* [ECF No. _____ ] (the "***Motion***")[2] requesting a continuance of the

non-evidentiary hearing on the Debtor's *Motion for Estimation of Claim of Microbilt Corporation*

*and Princeton Alternative Funding, LLC* [Dkt. No. 50] (the "***§ 502(c) Motion***"), and the Court

having considered the record and status of these cases, it is hereby

---

[2] Capitalized terms not defined in this Order have the meaning given them in the Motion.

**ORDERED:**

1.      The Motion is GRANTED as set forth herein.

2.      The Court shall reschedule the hearing on Debtor's § 502(c) Motion for **May 27, 2026, at 10:00 a.m.  (ET)**. To participate in the hearing remotely via Zoom (whether by video or by telephone), you must register in advance no later than 3:00 p.m., one business day before the date of the hearing.

3.      To register, click on or enter the following registration link in a browser: https://www.zoomgov.com/meeting/register/vJItdumqrzstGdoBW4nz6tq3IJmn8ydPxj4

4.      If a party is unable to register online, please contact Maria Romaguera, Courtroom Deputy, at 561-514-4109 or email Maria_Romaguera@flsb.uscourts.gov.

5.      All participants must observe the formalities of the courtroom, exercise civility, and otherwise conduct themselves in a manner consistent with the dignity of the Court.  This includes appropriate courtroom attire.

6.      All deadlines related to the § 502(c) Motion are continued in keeping with the above rescheduled hearing.

###

**Submitted by:**

| | |
|---|---|
| Edward M. Mullins | Steven S. Newburgh (Fla. Bar No. 0348619) |
| Florida Bar No. 863920 | STEVE NEWBURGH, P.A. |
| 200 South Biscayne Boulevard, Suite 2600 | 884 NW 6th Drive |
| Southeast Financial Center | Boca Raton, FL 33486 |
| Miami, Florida 33131 | Telephone: 917.579.6951 |
| Telephone: 786-747-0203 | Email:  ssn@newburghlaw.net |
| Email:  emullins@reedsmith.com | |

*Attorney Mullins is directed to serve a copy of this order on all interested parties within three (3) days of entry and to file a certificate of service thereon.*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was filed electronically on April 23, 2026, which sent notification to all parties of interest who are participating in the CM/ECF system AND Plaintiff sent notification via U.S. First Class Mail on April 23, 2026 to all interested parties as shown on the attached Court Mailing List.

/s/  Edward M. Mullins
Edward M. Mullins
Florida Bar No. 863920

# Mailing Information for Case 22-19693-MAM

## Electronic Mail Notice List

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- Edward M Mullins     emullins@reedsmith.com, docampo@reedsmith.com
- Steven S Newburgh     ssn@newburghlaw.net, tina@newburghlaw.net
- Office of the US Trustee     USTPRegion21.MM.ECF@usdoj.gov
- Chad S. Paiva     trustee.paiva@gmail.com, simone@fenderbollingpaiva.com;ecf.alert+Paiva@titlexi.com

## Manual Notice List

The following is the list of **parties** who are **not** on the list to receive email notice/service for this case (who therefore require manual noticing/service). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

Michael P. Cooley
Reed Smith LLP
2850 N. Harwood Street Suite 1500
Dallas, TX 75201

Emily C. Costantinou
Reed Smith LLP
225 Fifth Ave
Pittsburgh, PA 15222