**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**


**In re:**

**COPLEY E. SZOSTAK,**                                    **Case No. 22-19693-MAM**

      **Debtor.**                                              **Chapter 7**

_____/


**CERTIFICATE OF SERVICE**

    **I HEREBY CERTIFY** that a true and correct copy of the *Notice of Hearing*  **[Dkt. No. 64],** was served on June 16, 2026 via CM/ECF to all persons authorized to receive notices, electronically, as set forth on the attached Service List and by U.S. Mail, postage prepaid, to all parties listed on the attached Service List who are not authorized to receive notices, electronically, through the Court's CM/ECF system.


**Dated: June 16, 2026**                          Respectfully submitted,




**By: */s/ Steven S. Newburgh***
*Steven S. Newburgh, Esq.*
STEVE NEWBURGH, P.A.
884 NW 6TH Drive
BOCA RATON, FL 33486
Tel: (917) 579-6951
Text/SMS (561) 329-1997
Email: ssn@newburghlaw.net
tina@newburghlaw.net
*Counsel for Copley Szostak*
Florida Bar No. 348619

# Mailing Information for Case 22-19693-MAM

## Electronic Mail Notice List

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- Edward M Mullins     emullins@reedsmith.com, docampo@reedsmith.com
- Steven S Newburgh     ssn@newburghlaw.net, tina@newburghlaw.net
- Office of the US Trustee     USTPRegion21.MM.ECF@usdoj.gov
- Chad S. Paiva     trustee.paiva@gmail.com, simone@fenderbollingpaiva.com;ecf.alert+Paiva@titlexi.com

## Manual Notice List

The following is the list of **parties** who are **not** on the list to receive email notice/service for this case (who therefore require manual noticing/service).

Michael P. Cooley
Reed Smith LLP
2850 N. Harwood Street Suite 1500
Dallas, TX 75201

Emily C. Costantinou
Reed Smith LLP
225 Fifth Ave
Pittsburgh, PA 15222