**EXHIBIT B**

<u>Proposed Order</u>

(attached)

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**
www.flsb.uscourts.gov

In re:                                                              Chapter 7

COPLEY E. SZOSTAK                                    Case No 22-19693-MAM
                        Debtor.

_____/

**ORDER GRANTING MOTION FOR LIMITED RELIEF FROM THE**
**AUTOMATIC STAY TO PERMIT FILING OF AMENDED COMPLAINT**

**THIS MATTER** having come before the Court on the *Motion for Limited Relief from the*

*Automatic Stay to Permit Filing of Amended Complaint* [ECF No. __ ]    (the    "***Motion***")[1]    of

Creditor MicroBilt Corporation and Creditor Princeton Alternative Funding, LLC (together,

"***Creditors***"), seeking relief from the automatic stay pursuant to sections 362(d)(1) of the

Bankruptcy Code; and Creditors by submitting this form of order have represented that the Motion

was served on all required parties; the 14-day response time provided by Local Rule 9013-3(c) has

---

[1] Capitalized terms not defined in this Order have the meaning given them in the Motion.

expired; no one has filed, or served on the movant, a response to the Motion; and this form of order was attached as an exhibit to the Motion; and the Court having jurisdiction to hear and decide this matter pursuant to 28 U.S.C. §§ 157 and 1334 and consistent with Article III of the Constitution; venue on this matter being proper in this Court; and after due deliberation and sufficient cause appearing therefore, it is hereby

**ORDERED:**

1.      The Motion is GRANTED as set forth herein.

2.      Creditors are hereby granted relief from the automatic stay to seek leave from the New Jersey Court to file the Amended New Jersey Complaint specifically naming the Debtor individually as a defendant, to file such pleading, and to thereafter continue prosecuting the New Jersey Action against the Debtor to its conclusion.

3.      The stay provided by Bankruptcy Rule 4001(a)(4) is hereby waived.  This Order and the relief granted herein shall be effective immediately.

###

**Submitted by:**

Edward M. Mullins
Florida Bar No. 863920
200 South Biscayne Boulevard, Suite 2600
Southeast Financial Center
Miami, Florida 33131
Telephone: 786-747-0203
Email:  emullins@reedsmith.com

*Attorney Mullins is directed to serve a copy of this order on all interested parties within three (3) days of entry and to file a certificate of service thereon.*